IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

      Petitioner,                  No. CIV S-06-0375 DFL JFM P

   vs.

M. SHEPPARD, Warden, et al.,

      Respondents.           ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

      Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Petitioner's request for

1

appointment of counsel will therefore be denied without prejudice to its renewal, as appropriate, at a later stage of these proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

3. Petitioner's February 22, 2006 request for appointment of counsel is denied without prejudice; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  March 16, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
abed0375.100fee+110