IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

     Petitioner,                    No. CIV S-06-0375 DFL JFM P

     vs.

M. SHEPPARD, Warden, et al.,

     Respondents.              <u>ORDER</u>

_____/

     Petitioner has requested an extension of time to file and serve an opposition to respondents' May 5, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's June 2, 2006 request for an extension of time is granted; and

     2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondents' May 5, 2006 motion to dismiss.

DATED: June 12, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12/mp
abed0375.111