IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

    Petitioner,                    No. CIV S-06-0375 DFL JFM P

    vs.

M. SHEPPARD, Warden, et al.,

    Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a decision of a panel of the California Board of Prison Terms (Board) to deny him a parole date. This matter is before the court on respondents' motion to dismiss.

        Respondents contend that petitioner has no federally protected liberty interest in parole under California law and that there is no clearly established law of the United States Supreme Court holding that due process requires that there be "some evidence" to support a decision to deny parole. Both contentions are precluded by the recent decision of the United States Court of Appeals for the Ninth Circuit in <u>Sass v. California Board of Prison Terms,</u>, 461 F.3d 1123 (9th Cir. 2006).

/////

Accordingly IT IS HEREBY RECOMMENDED that:

1. Respondents' May 5, 2006 motion to dismiss be denied;

2. Respondents be directed to file an answer to the petition within forty-five days from the date of any order by the district court adopting these findings and recommendations, see Rule 4, Rules Governing Section 2254 Cases, and to include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 27, 2006.

UNITED STATES MAGISTRATE JUDGE

12
abed0375.mtd